79,421-02

April 28, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Cause No. 1023640-B

Dear Honorable Court Clerk:

Contrary to the requirements of the law, the convicting court's Clerk has not submitted to me, a copy of the State's Answer Re: My 11.07, even after I submitted a letter to that office in anticipation of this very problem.

The purpose of this letter is to request from you a copy if you would be so kind as to send me one. I would appreciate it so I can rebut what I suspect is a denial request by the Dist. Attorney. Thank you for your help,

Sincerely,
Bob Lewis Smith

Bob L Smith
Clements Unit
9601 Spur 591
Amarillo, TX 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk